# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID K. WONG,**

Appellant,

v.

**ARCHBISHOP EDWARD A. MCCARTHY HIGH SCHOOL INC.** and
**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,**

Appellees.

No. 4D16-4259

[October 5, 2017]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; RAAC Order No. 16-03083, Referee Decision No. 0005066567-09U.

David K. Wong, Pembroke Pines, pro se.

Amanda L. Neff, Chief Appellate Counsel, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***